W. C. GLASS, Respondent, v. R. B. PENNOCK, Appellant.

### March 23, 1885.

Judgment of the circuit court affirmed, because there is neither assignment of errors or briefs filed in this case by the appellant as by statute required.

APPEAL from Bates Circuit Court, J. B. GANTT, Judge.

*Affirmed.*

Opinion *Per Curiam.*

There is neither assignment of errors or briefs filed in this case by the appellant, as by statute required. The judgment of the circuit court must therefore be affirmed, —39 Mo. 418; 52 Mo. 551; 60 Mo. 515.